STATE OF CONNECTICUT *v.* GARY C. BERNACKI, SR.

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 399 (AC 30176), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's conviction of, and punishment for, both criminal possession of a firearm pursuant to General Statutes § 53a-217 (a) (3) (A), and criminal violation of a protective order pursuant to General Statutes § 53a-223 (a), did not violate double jeopardy?"

The Supreme Court docket number is SC 18674.

*Glenn W. Falk*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided September 15, 2010

STATE OF CONNECTICUT *v.* BENTON O'NEIL DAWES

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 303 (AC 30292), is denied.

*Raymond Durelli*, special public defender, in support of the petition.

*Rocco A. Chiarenza*, special deputy assistant state's attorney, in opposition.

Decided September 15, 2010